**DENY; and Opinion Filed March 22, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00361-CV**

**IN RE MARY E. NIELSEN, Relator**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 401-00073-2013**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

Relator contends the district court erred in conditionally granting a writ of mandamus and ordering the justice court to vacate an order granting a plea in abatement. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Meridien Hotels, Inc. v. LHO Financing P'ship I, L.P.*, 97 S.W.3d 731 (Tex. App.—Dallas 2003, no writ); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

130361F.P05